| | |
|---|---|
| LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Email: monica@lawbermudez.com

Attorney for:
Cornelio Servin | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CORNELIO SERVIN,<br><br>    Defendants. | Case No. 1:17-CR-00178 LJO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING<br><br>Date: September 25, 2017<br>Time: 9:30 A.M.<br>**Courtroom: LJO** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CORNELIO SERVIN, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting that the status hearing currently set for Monday, September 18, 2017, be continued to Monday, September 25, 2017 at 8:30 a.m.

Defense Counsel, Monica L. Bermudez, needs additional time to review the discovery and plea agreement with Mr. Servin before Monday, September 18, 2017. Counsel anticipates, after speaking to Mr. Servin and reviewing the documents with him, the matter will resolve. I have spoken to AUSA Ross Pearson and he has no objection to continuing this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the

1

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: 9/12/17

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Cornelio Servin

DATED: 9/12/17

*/s/Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, the status conference currently set for September 18, 2017, before Honorable Lawrence J. O'Neill is continued to Monday, September 25, 2017.

IT IS SO ORDERED.

Dated: **September 14, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE